UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

FILED
JUN 19 2017
DAVID CREWS, CLERK
BY Deputy

Cedric Dixon #R2154
Plaintiff

v. CASE NO. 4:17CV86-DMB-RP

Comm. Pelicia Hall et.al
Defendant

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

A. Legal name: Cedric Dixon

B. Name under which sentenced: Cedric Dixon

C. Inmate identification number: R2154

D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): [illegible]

E. Place of confinement: Unit 29 E Build. B-Zone Bed 69 P.O. Box 590 Parchman, ms 38738

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

Name: Comm. Pelicia Hall

Title (Superintendent, Sheriff, etc.): Commissioner of M.D.O.C.

Defendant's mailing address (street or post office box number, city, state, ZIP) 633 North president st. Jackson, MS 39202

2 A.R.P.s with 2 Rejection Letters
1, Pg for Question 4
3 Pg. for question 3
20. Pg. for Question 9

Name: Richard pennington

Title (Superintendent, Sheriff, etc.): A.R.P. Director

Defendant's mailing address (street or post office. box number, city, state, ZIP) P.O. Box 1057 Parchman, MS 38738

Name: Margaret Gibson

Title (Superintendent, Sheriff, etc.): Inmate Legal assistance Program

Defendant's mailing address (street or post office box number, city, state, ZIP) P.O. Box 10 Parchman, MS 38738

Name: Timothy Morris

Title (Superintendent, Sheriff, etc.): warden of unit 29

Defendant's mailing address (street or post office box number, city, state, ZIP) P.O. Box 10 Parchman, MS 38738

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court; state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☑ Yes (yes) ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): Lonnie Drain, Cedric Dixon, owens etc.

Defendant(s): Comm. Hall, M.D.O.C.

B. Court: ____ C. Docket No.: ____

D. Judge's Name: ____ E. Date suit filed: ____

F. Date decided: ____ G. Result (affirmed, reversed, etc.): ____

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☑ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented? [x] Yes [ ] No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? [x] Yes [ ] No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

Statement of Claim is Cruel and unusal punishment Conditions of Confinement. Entering Parchman unit 29 I A-Zone Cell 35 Bed 70 December 26, 2016 I talked to case manager MS. franklin and told her my file was falsified I got to many points Im point for RVRS 10 years old, charges 10-13 years old, and fake RVRS, and fakes charges from memphis Tn. She said do paper work, I asked for copies she say no the warden/commissioner sent a memo out. Stating dont give out copies unless it's timesheet/account balance, She didn't classify me so she can't do nothing. I was sentence to Long term A+D and anger management that court order is being violated. See Attached 3 pages

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

I filed my grievane Febuary 2, 2017 after writing warden morris twice. On march 1, 2017 I received my A.R.P. Back with a letter Saying ReJected Cause it's more than one Complaint. I filed a A.R.P. on Cruel and unusal punishment Condition of Confinement that is one complaint that's protected by 8th Amendment to the U.S. Constitution. But M.D.O.C. is Violating that Right as well. I talk to the Lt. She did what she could, I wrote the warden and filed an A.R.P. that only was ReJected.

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

I entered 29 I Building 12-26-16 Approx: 12-29-16 I was told by Lt. Meeks, warden Timothy morris has Issued a Lock down for Something that happen in 29 H Building that's Corpral punishment. I enter 29 I Building with my file falsified from rankin County and was explaining to Case Manager Franklin that she can't do nothing, She can't give Copies to me out my file So I can do A.R.P. on how my file is falsified. She said warden morris and Commissior, Sent out a memo to all Case managers not to give inmates nothing but a time sheet, or account balance. Also I told her I was court ordered Long term A+D in which I have my Sentencing order but Case manager Franklin said she can't do nothing for me to file an A.R.P. First I wrote warden morris about 1-15-17

6 Pages Attached

and again about 1-20-17. ABout the Illegal lock down, Illegal two man cell lock down every day all day no Recreation, no yard, No out of cell time, The Dental Care, Medical care. The Shortage of trays, cold food, Short Portions.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I Request the Court to Better Conditions, make Sure I get Dental care for my teeth, for the pain where I cant chew, filling, and Clean them, and 1 thousand dollars for pain and suffering. Put me in Pre-Release. I want to get my Liscense, and Social Security Card, I need assistance with my Taxes. Because I cant get none here. Better living conditions, food, Shelter, Clothing, School, And a Job. Correct my file and give me copies of everything out my file, original Copies, I've done over the 12 yrs I was sentenced to in 2015 but P.O. Tony warren is constantly conspiring with police and or Judges in Sunflower County to Keep locking me up for nothing, So I Request you Investigate Every thing I've written to see my sentence was expired 2015, Bennie Milton and Tony warren is doing this to Every one, Please Investigate this. I Request 150.00 for every day of expired time. See time sheet and exhibits of began date.

This Complaint was executed at (location): Parchman, MS.) Mississippi State penitentiary

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 5-11-17

Cedric Dixon
Plaintiff's Signature

In The United States District Court for the Northern District of mississippi.

Cedric Dixon
[redacted]

US.

[redacted]
Comm. Pelicia Hall et.al

No: ____________
Judge: ____________
Jury Demand

Jury Trial Demanded
Complaint for money Damages and Injunction

I. JurisDiction

Plaintiff brings this lawsuit Pursuant to 42 U.S.C. § 1983. This Court has Jurisdiction under 28 U.S.C. §§ 1331 and 1343 (a)(3). Plaintiff also seeks a declaratory Judgement Pursuant to 28 U.S.C. § 2201. Because I want to give Federal Court Jurisdiction to hear my that I've brought against State officials while they where acting under color of State law when they violated my Rights. So "This court has supplemental Jurisdiction over Plaintiff's State-law Claims Pursuant to 28 U.S.C. § 1367."

II. VENUE

The U.S. District Court for the northern District of mississippi is an appropriate venue under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to claims occurred in this District.

Respectfully Submitted,
[redacted]
Cedric Dixon #R2154
Unit 29 E-B-Zone 69
P.O. Box 590 Parchman, MS 38738

Certificate of Service

I hereby Certify a true copy to be filed by clerk this the 11 day of May 2017

Continuation of Question 4

I'm a Plaintiff in a Civil action about these matters In Civil Class action Titled Lonnie Drain V. Comm. Pelicia Hall I LaP Margaret Gibson Refused to get my Statment of Claim from Him, So I filed this 1983 because she wouldn't get my Litigation So I'm asking the Court to assist me in filing this civil action, or to add my Claim, Statement of Claim to the class action. because I dont no the rules of the Court, I'm not an attorney or have an attorney. Also I was moved 4-14-17 away from 29-I Build. where other Parties to that class action. I dont no the Case no, Judge, etc. Your Court Just Received Civil Case Lonnie Drain etal V. Comm. Hall about 4-5-17 So I dont have any Case. no. or nothing because I was moved. Also I have my other Defendants than Comm. Hall, and M.D.O.C. But it wasn't accepted when Drain turned in the class action. I Can Prove Denial of access to the Courts mail Censorship.

Continuation Question Part C Pg.3

I Supposed to flatted my Sentence march 2015. from July 2003 - march 2003 in 12 years. I was Classified C Custody when I got Out B-custody. I flaten a charge that was 12 yrs old. now 14 yrs. old So I Cant be Pointed On It. also I'm Pointed for a Charge in memphis Tn That I never Caught. I got a R.V.R. on Sept. 29, 2015. I Can Prove My Case with the actual documents. I have Copies. Including fake Arrest warrants and Affidavits. I was arrested for misdemeners I never went to court for. Misdemeners not suppose to violate you. only 90 days and T.V.C. But A Sentence was imposed and I was sentence to 1 Year A+A and angermangement eventhoug I never Came up Postive for a drug test, nor did I go to Court for the misdemeners. I was sent to C-Custody to a work building where I Cant get a Job. On or about 12-29-16 Lt. meeks said it was a lock down the warden said Lockdown. I have been on Lockdown Every since and Todays date is 3-1-17. I am in a two man Cell 24 hrs. a day 7 days a week with another Inmate. I Come Out was 20 at a time for 30 minutes. Leaving every one 20 seconds a piece to shower. now 10 minutes for 6 men with 6 showers. That's 3 days a week. monday, wednesday, and friday. No out of Cell time, no yard call, no School, or work Just lock down with another Inmate which is unconstitutional housing two men together with no Rec. or nothing. no Exercise. There is nothing Lt. meeks can do. The Lockdown was Passed down to her by the warden. Also the food is not healthy or Nutrition. The vegetables are always half cooked and Short Servings, very short, and Each tray is missing at least two Items. Rocks be in greens. greens half done. It hard to do anything no one can do nothing I've wrote the warden twice and never got a response. I filed a A.R.P. on Conditions of - Confinement Cruel and unusal Punishment Exhibit A. and It was reJected Stating, grieve one thing at a time. Cruel and unusal Punishment Conditions of Confinment is one thing my Eighth Amendment right. Civil Rights that I wrote for Help be is futher denied. There is no Law Stating I Can't grieve Cruel and unusal Punishment. M.D.O.C. Put that on every ones A.R.P. Like Everyone is guilty Based on officers Statement. If one Person do Something everyone gets Punishment. M.D.O.C. Refuses to do any thing about my Rights So I now file this Civil Action 1983 and Ask the court to help Identify the right Defendants.

Pursuant to house Bill 585 Offenders Suppose to get liscenses, and Social Security Cards, I was court ordered A+D also there are other C-custody facilities with A+D. There is a Problem with Adequate Medical and Dental Care. I have a Pain full tooth ache. Every time I chew my Bottom Left Back to Hurts bad. On a scale 1-10 it hurts a 10. I also need filling in my bottom and top teeth, and need my teeth cleaned bad. Dr. Coleman said there is nothing he can do. He refuses to refer me to a Dentist that can spot the Problem. Dr. Coleman only xray he never looked a the top of my teeth or nothing. he told me wait till I get out and go to a dentist. My mouth hurts now. I can't chew on the Left side of my mouth. That's Deliberent Indifferent to a Serious medical need. He gave me I-B. Profin and some antibotics one time. One time I went to medical He wouldn't even see me He reached me the copy of my sick call which I never signed. He never take blood pressure. I can never see Doctor. The Dr. for medical I can never see and he is the only one can Prescribe any thing like Snack Bag I lost over 15 Pounds Since I been here The nurses say the Dr. have to Prescribe them. But when I fill a sick call They never let me See Him. I have to keep filling out $6.00 sick calls for a lil Bottle of Shampoo, A+D ointment tropical solution, etc. The nurses Say the Dr. have to Prescribe the monthly Big bottles but They never Let me see him not even when I Put I need to See the Dr. on there. I filled out a State issue list for 3 Pant 3 Shirts Boxers towels, socks, shower shoes, tennis shoes Boots because this is a work building. I never got any shoes, Shower shoes, Boots. I got two of every thing. Pants, socks, Boxers, T-shirts, which I have to wear six months. MDOC Policy Says 3 of everthing. There is no Indigent Supplies, No School, No Job. I should and need to Be in Pre-Release Pursuant to House Bill 585, I wrote Warden Timothy Morris on or around January 15, and 20, I filed a A.R.P. 2-2-17 and got

Continuation question 7 pg 3 of 3

My A.R.P. back with LT Meeks March 7, 2017 Stating It had been Rejected only one complaint. Cruel and Unusal Punishment is one complaint. 8th Amendment Violation. This is a matter of Lewis v. washington when Administrators dont answer Initial greivieance, Administrative Remedy is exhausted. I only talked to Lt. Meeks. Eventhough her Job is Security I followed the chain of command and talked to her. She was able to get me 2 shirts Pants, socks. well She Put in for it for me. She call and try to assist in any way, I wrote warden morris 2 times I never got a reply I Cant get assistance through the A.R.P. So Im filing a civil action U.S.C.A. 42, 1983 with this Honorable Court for assistance. In Identifying the Correct Defendants The Commissioner Issued the lock down and Is resposible for my health and saftey, as well as my federal rights. I filed a grievance on my 8th Amendment Cruel and unusal Punishment Conditions of Confinement. Right thats Protected by the eighth Amend. right. which the A.R.P. Violates my 4, 5, 7, 8, and 14th Amend. Right by Illegally not hearing my Complaint. Cruel and unusal Punishment Condition of Confinement is one Complaint, Please See 8th Amend. to U.S. Constitution. I never Came up Postive for no Drugs But was Sentenced to A+D. I Caught a misdemener that I never went to Court for. misdemeners Cant violate a person. I was violated under 47-7-37 which is T.V.C. or Restitution which I was Denied. I had a hold put on me by M.D.O.C. P.O. which M.D.O.C. Refuses to give me credit for the 34 other days Jail Time. Also I have a Illegal R.V.R. for 2015 I got locked up 3-17-14 And a Hold was Put on me, From M.D.O.C. 9-13-15 I was wrote up again from P.O. I was expidited here 9-9-15 so its impossible to write me up 2015 when I was already wrote up 9-9-2012 So thats double Jeopardy. Also I got locked up 8-18-16 and did Receive a lawyer for Revocation. went to Revocation 10-10-16 which violates House Bill 585. and my Consti. for an Attorney also.

Continuation of Question 9

Statement of Claim: Against Warden Timithoy morris is cruel and unusal Punishment Conditions of Confinement Because I wrote warden morris two times about I Lap, Lock down, Etc. Warden Morris Issued the Lockdown on or about 12-29-16, in the two man cell. warden Morris said Comm. told him to Lock us down. warden morris Know of these Conditions but he fails to do anything about it. I wrote him on or about 1-15-17 and 1-20-17 and he refuses to answer. warden morris Come in the building (1) once a month, looking for Clothes lines he refuses to stop the Copral Punishment. He refuses to answer any questions. So under Color of State law warden morris violated my Rights. Because I'm sentenced to M.D.O.C. which is governed by Comm. Pelicia Hall who give assignments/and Job Duties to M.D.O.C. Staff, and warden morris said Comm. Hall told him to lock down M/S/P. Lt. f.n.u. meeks announced warden morris told her to Lock us down. Warden Morris is Responsible for my Health and Safety, herein m/s/p who give assignments who I wrote twice but he fail to respond to my Concerns of Cruel and unusal Punishment Conditions of Confinements. In which this Brings/Shows deprivation because I informed him of the Problems but he failed to Even respond. I filed an A.R.P. It was Illegally ReJected Stating to many Complaints. I informed warden morris of the Problems Conditions of Confinement, and Cruel and unusal Punishment But he fails to Every Respond, which leads to deprivation. Also Statement of Claim against M.D.O.C. warden Morris Comm. Hall, and Probation officer is wrongful imprisonment, forgery, falsifying document, and Crimen falsi I've been constantly asking for a Point Sheet and warden Morris telling Case managers don't give it to me. I have a right to anything in my file. this will Prove falsifying my file the Point Sheet. I wrote warden morris 3 times about this.

Continuations of Question 9

(Housing/shelter)

On 2-2-17 I filed an A.R.P. for my 8th Amendment Right Violation of Cruel and unusal Punishment, Conditions of Confinement. I Enter 29 I Building 12-26-16 and was Locked down every since 12-29-16 for an altercation in 29 H Building I was told by Lt. meeks warden morris got a Call from Commissioner fisher to Place every one on Lock down. And Take every one Canteen. I have been in a two man Cell Since 12-26-16 Coming out twenty minutes three days a week or thirty minutes for a Shower. That's unconstitutional to have two Inmates in a cell and they never come out, or come out three times a week. Law Requires Showers (5) days a week, yard call every day. 8 Hours out of Cell time, according to federal Mandated Law. In which cells Suppose to be 63 by 63 Square foot. The two man cells is Approxi 8X10 or Smaller. And I'm Lock down 24 hours a day coming out monday, wednesday, and friday twenty minutes, twenty People at a time with twenty minutes for every one to Shower that about 20 Seconds a piece. which is not enough time. I'm not showering Properly my skin is dirty I've gotten a Rash due to half bathing. I've gotten a Cold and Sore throat because the Hot water don't work, and It's winter time. I'm agitated, and depressed being housed in a two man Cell 24 hrs a day. I'm denied yard call, Out of Cell time, Education, A Job, and I'm denied assistance with my right custody, getting copies,

Also see S.O.P. 31-01-01 which M.D.O.C. Suppose to assist offenders with there Income tax in which I'm denied that right. I was sent one of my W-2 forms and have two more to get and get filed. M.D.O.C. Policy 31-01-01 State I Lap Suppose to help but when I asked I Lap on or about 1-1-17 The Lady

Continuations Of Question 9

Margaret Gibson That comes to the building 5:00 A.M. To get Legal mail Says ILAP Dont Do/or Help with Inmates Income Tax Eventhough S.O.P. 31-01-01 pg. 18 Says ILAP Suppose to. I asked case manager MS. Franklin The first week of January, and first week of Febuary because that's when the case managers see Inmates. I asked her for assistace and she say that she dont know what to tell me but to do Paperwork. According to the Policy and S.O.P., and Handbook that's says ILAP Suppose to assist with Taxes, so MS Franklin was right. So I filed an AR.P. and still cant get no assistance. Im not trying to get no one in trouble. Blame no one, Im Just trying to get assistance. I was court ordered Long term A+D and anger management. But classifacation / Processing Case manger Mrs Ross falsified my file On or about 11-28-16 Pointing me with charges I dont have from other states. Pointing me for R.U.R.s 10 years old but she dating them wrong in the computer. The actual RUR will show falsifacation. Also I was Pointed for R.U.R's from 2009 That I never had a RUR in 2009 It was 2015 was my last RUR I caught two misdemeners I never went to court for. That's not on file. I already got Violated for Something I didnt do or go to court for. Then She Pointed me for it. She Denied Assistance with my Drivers Liscenses, Social Security Card. Case Plan for my release, Pre-release. I Cant get assistance with that Either. These acts are part of Shelter and Housing to my Knowledge of Policy of M.D.O.C. So That's why I Labled it under Housing / Shelter.

Statement of Claim on Probation Officer Tony warren

In my file I'm Being Pointed for Violating in Sept. 2015. If I was violated in Sept. 2015 I dont suppose to Be locked up now. Please See. I was sentenced to 12 yrs. 4 sus. 8 to serve, from Washington County, ran CC with 10 years from Sunflower county. My time Started in washington County July 20, 2003 and Sunflower County because they Put a hold on me. I did from July 20, 2003 to July 20, 2011 day for day and from July 20, 2011 to november I Received 30 for 30 which adds up to (8) eight months in total 8 years and 8 months. I got out on Ers, which left 1 year 2 months. I got violated 2015, Sept. from Nov. 17, 2011 to Sept. 13, 2015 is 3 yrs. 10 months plus 8 yrs. 8 months is 12 yrs., 6 months. Plus I did from Sept. 13 2015 to Dec. 23, 2015 getting 30 for 30 which is 6 months, making me done 13 yrs. from Dec. 23, 2015 to I got out on Papers to Aug. 18 2016 is 8 months I was on Papers. total 13 yrs. 8 months From August 18, 2016 to Sept. 22, 2017 is 1 yr. 1 month I have to do which will make me doing a total of 14 yrs. 9 months total on 12 year sentence which is illegal. I have Paper work and Copies to Prove this.

Probation officer Tony warren's Address That I have:
P.O. Box 778 219 1/2 north street
cleveland, MS 38732

On 12-26-2002 I was arrested in Indianola ms, Sunflower County, I bonded out March 1, 2003. I was arrested in Greenville ms, washington County. July 20, 2003 and was sentenced to 12 years, 4 Probation for arm robbery May 17, 2004 and was sentence to 10 yrs. in Sunflower County ran concurrent to washington June 24, 2004. July 20, 2011 I had served 8 mandatory, and I started receiving 30 for 30 in which from July 2011 to nov. 2011 is 4 months plus 4 months 30 for 30 is a total of 8 yrs. 8 months I was released nov. 11, 2011 on ers. To report to P.O. Tony warren. Tony warren wrote me up Sept. 2015, In which I was supposed to had been off every thing including the 4 yrs. Probation in Greenville. This adds up to 12 yrs. 2 months. I was sent back to rankin County Sept. 2015 and served from Sept. 2015 to Dec. 23, 2015 getting 30 for 30 which is 6 months making me 8 months over 12 yrs. I was released from (Green County) Leaksville with a golden seal and bus ticket to Greenville ms stating to Report to P.O. Chillis to pay fees, after been 8 months over my flat time. Tony warren muscled his way back on my case further violating my rights. He put an Illegal and forged arrest warrant on me in Sunflower County 8-24-16. I went to Jail 8-18-16 in Sunflower County. I went to municipal court 8-22-16 and police told the Judge, P.O. warren had a hold on me which I wasn't on Probation. The Police and warren had been texting my phone 8-18-16 saying I don't have charges, but kicking my door in. So I turned my self in. 8-18-16 On 8-24-16 Eddie Bounds served me Illegal warrent stating I violated my Probation in Sunflower

County, in which I had no Probation See Exhibit A, forged warrant and falsified. first off I had no Probation in Sunflower Co. Second a fax machince dont spell the word fax, it has a number. Also I never saw Tony warren Till Sept. 1, 2016 which violates house Bill 585 72 Hours and to a lawyer and the 21 day limitation. I was going back and forth to municipal Court for a Domestic misdemenor In which Every time I ask for a lawyer I got sent back to the Jail. 9-22-16 Eddie Bounds served me another Illegal warrant and Affidavit. which is Exhibit C and d. See the real fax at very top and fake fax under. The fake fax is 8-24-16 the affidavit is dated 8-24-16 By Judge Hinds, and supposenly served me 8-24-16, But it's filed Sept. 1, 2016 So It's Impossible to served the affidavit 8-24-16 also warrant is date 8-31-16 but filed Sept. 1, 2016 So it's Impossible to serve a warrant 8-24-16, Also Tony warren took me in front of Hinds instead of Sentencing Judge Richard Smith. Warren Recommend 1 year a+d when I had no Probation left, never Came up postive for drugs, and never went to Court for the misdemeners. I was violated under Statue 47-7-37 which is T.V.C. but I was Sentenced to 1 year, 1 violation 90 days T.V.C. or Restitution Center but a Sentence was imposed on me on 10-10-16 when warren took me in front of Ashley Hinds and not Judge Smith my sentencing Judge who Sentenced me to the restitution center 2004. I completed 12 yrs in July 2015 Every thing till now is wrongful Arrest. Now Sunflower County is lying like I was never Housed there and I.P.D. Claim they never arrested me there. Jail Admin. Eddie Bounds served me the fake warrant for Sunflower County 9-18-16 and the one for washington County 9-22-16.

(Recreation) Continuation of Question 9

I arrived Here at unit 29 I A-Zone Bed 70 12-26-16 getting two hours (2) out of cell time in the mornings monday-friday. Some nights or / of those nights one hour, because officers Smith said Short of Staff. That's violating federal Law Inmates in two man cells suppose to have out of cell time 8 hours a day including Saturday and Sunday. In which that never Happens. There is never a yard call in which I beleive I'm due 1 hour a day, but never gets one.

(Food) The trays are always short of food. A "meal" According to five Basic food groups Consist of five Items. That's not happening here. Each tray have two vegetables, 1 Cookie or Cake, Bread, Sometimes meat. The vegetables mostly green and green beans are always half done or uncooked and dirty Sometimes have Rocks or Bugs and taste like dirt. All Portions are very Small. This is Dinner. Breakfeast is watery oatmeal, or very Small Portion of Corn flakes, Eggs, and Bread, and watery Coffee. or grits, meat, Bread, or grits, Bread, Jelly, eggs. or grits, Bread, Syrup, meat. Something is always missing and the Portions are always Small and the food is always Cold. Lunch is always Cold Bolonga, Bread, Cookie/Cake, greens or green Beans and watery Juice. On Wednesday Lunch It's always Peanutbutter, greens, greenbeans, Jelly, bread, Cookie/Cake. This is not nutRutions, The Portions are Small and vegetables are always half Done or uncooked. Alot of Days there is raw cabbage with Salad Dressing. The food is always Cold which causes Contamination. I've lost over 15 Pounds since I been here. There is never Salt or Pepper. Sometimes there is Sugar.

Copral Punishment — Continuation of Question 8

I'm basically on Lockdown for something someone else done. There was and altercation in another Building, and every one / I'm Lockdown because of It. Commissary was took, all The T.V.'s was took, The trays got shorter because of it. The Purpose of Disciplinary is to Punish the offender who violated M.D.O.C. Policy. Instead of Disciplinary Everyone gets Punished. That's Copral Punishment. Anyone that's wrote up / Receives an R.V.R. is always 'guilty' based on an Officers statement. If one offender gets caught with contraband both People in the cell is wrote up. If something is found in a door, the garbage, etc. both People is wrote up. that's Copral Punishment and acts of PreJudice.

Sanitation - There is no chemicals to clean with. There is a major Infestitation Problem with Rats, and Roaches, and (mosquitos sometimes). If you have commissary or food Rats eat through eat. Rats ate through my noodles. Roaches have gone in my ear, causing me lack of sleep, and lost of sleep Every day Because I feel something crawling on me. Rats and Roaches carry diseases. I have to eat in the cell which is unclean, Drink water out the sink that's connected to the toilet. There is no cups.

Dental

After Arriving 12-26-16 Ive filed about five sick calls for Dental. My Back teeth on the Lower Left side of my mouth hurts bad when I chew. I can't eat on the left side. On a scale from one to 10 It hurts a 10. Dr. Coleman the Dentist took an X-ray and claim he dont see nothing. But my mouth is still hurting. He refuses to Refer me to someone who can diagnose the Problem. I need filling in all my back teeth and he refuses to fill the. He refuses to Pull my teeth, He refuses to clean my teeth. The only thing He done was look at the X-ray for the side of my teeth. He dont look in your mouth with the utinsil to check for cavities. That's not adequate Dental care.

Continuations of Question 9

Also it takes weeks to be seen. Dr. Coleman gave me some I.B. Profin and Antibiotics, I appreciate that, but I'd rather have the problem fixed. He gave me these meds, 1-23-17. I was called 1-28-17 and he didn't even see me, He came out his office with a green copy of the sick call and he walked away. He didn't check my vitals, teeth or nothing. Since 1-28-17 Ive filed 3 sick calls and have not been seen. I filed a Dental Call 4-18-17 and I got it in the mail 4-21-17 with my name forged on it. I have the Exhibit, Proof.

Medical

The problem with medical is its hard to see the Dr. The Dr. is the only one who can prescribe anything but medical wont let you see him. Ive have bad dandruff, I only get the small bottles of shampoo from the nurses and have to fill out other sick calls to get more which is 6 more dollars. Instead of letting me see the Dr. So I can get the Big Bottle once a month. or A snack bag I have to go through the Dr. But I never get to see him. I have a rash and can only get three packs of A+D ointment instead of the tube. So the rash never heals but I still gets charged for the same thing / problem. I had a soar throat and can't get nothing for it. I was told I can't get none because of other prisoners.

Fire Hazzard

All the doors is opened by a key which is a fire Hazzard. There is 40 cells on a zone with two officers per building. If a fire out break it will be nothing but deaths. Im always told short of staff. So this is a major fire Hazzard with no fire Route, no fire drills.

Access to law Library: Ive been constantly denied access to the law Library. I Arrived to M/S/P/ 12-26-16 I filled out an I Lap form. But never received any supplies, cases, and my mail to the Courts did not go out. I filled out another form the next Sunday which was 1-1-17 and I still didnt get any assistance which was 1-8-17 on or about 1/15-17 I wrote warden morris about I Lap. I didnt hear from warden morris but ms Gibson showed up at 5:00 A.M. Thursday approxi. 5:00 A.M. MS. Maragaret Gibson Refused to make copies of my A.R.P., Refused to take me to get copies made of my Legal Litigation to U.S. District Court, and to Attorney General to ensure my 1st Amendment Privacy Rights, and mail censorship Rights was not violated. Ms. Margaret Gibson violated my rights when I brought this to her attention stating, She aint taking me no where, she gonna read my mail or its not going out. I wrote warden morris again 1/20/17 about I Lap and other Conditions of Confinement. MS Gibson and I Lap refuses to send me cases refuses to send out my Legal mail. On Feb. 3, 2017 I wrote a letter to U.S. District Court about Dental, the A.R.P. I filed on Cruel and unusal Punishment. that the Legal Adluicater Resected Illegally, So I wrote the court a letter of Good Faith to get assistance MS Gibson wouldnt send my mail out. Her and I Lap sent me a memo stating they not sending me nothing because I filled out another inmates I Lap form. I sent the Letter out Handmail which Hand mail is allowed to go to any Court with out Postage According to M.D.O.C. Policy, and A.C.A. Standards. About 6 days later my Letter was sent back with Handmail strached through and 47 cent was wrote on the Letter. S.O.P. 20-08-01 was violated because Ive denied access to the Courts, to Counsel, to the Law Library, to the media, and assistance to file my my Income Tax was all denied. I have the letter and the memo which can prove mail censorship. I even wrote another

Continuation of Question 9

Letter of Good faith to the U.S. Court.

Adjudicator:

I filed an A.R.P. on 2-2-17 which was returned 3-2-17 Rejected Stating More than one Complaint was filed. I filed an A.R.P. on Cruel and unusal Punishment Conditions of Confinement 8th Amend. violation which is one Complaint that automatically triggers the Due Process Rights violation 14th Amend. So Adjudicater at Legal Claims falsified that Statement and Committed Crimen falsi by falsifying a document, being dishonest, Making a false Statement, trying to Keep me out of Court because all my rights are being violated. I filed another A.R.P. on ILap MS. Gibson and ILap who's denying my rights to the courts and violating my Privacy Rights. I didnt hear from that A.R.P. I filed 3-8-17. on 3-24-17 I filed another A.R.P. on this matter, because on 3-23-17 5:00 A.M. MS. Gibson Came to the building unit 29 I. I told Lt. Grimes I have Legal work and I need to get a Power of Attorney form notarized, and Send a Letter to the U.S. Court MS Gibson Stated She not seeing me. She not notarizing nothing.

Continuation of Question 9

Statement of Claim: Against I Lap and Kathy McIntyre, and Margaret Gibson is ~~obstructing justice~~, First Amendment right to be free from unreasonable mail censorship, and first Amendment claim for denial of Access to the Courts. On or about 12-26-16 I arrived at M/S/P and filled out an I Lap form in which some of the cases I ordered was sent, some were not. I didnt get to make copies, or send legal mail out. 1-1-17 and 1-8-17 I filed another and didn't get assistance. 1-15-17 I wrote warden morris about I Lap and other problems. He didn't reply, but on or about 1-19-17 5:00 A.m. Margaret Gibson I Lap Personnel show up and refused to file and make copies. She refused to make copies of my Litigation in my face, which was to Attorney General. I was denied a copy of the mail log. I never signed the mail log when I sent out Litigation. Ive never heard anything from my Litigation because she never sent it out. On or about 3-6-7 I filled out an I Lap form In which this was about the third one I filled out to send a letter and a Petition for writ of mandamus to U.S. District Court for the northern District. I requested a notary for Power of Attorney and a U.S.C. 42 1983 Civil action. On 3-8-17 I received a letter/memo from Margaret Gibson stating supplies-Case-mail not process because I filled out a request for some one else. I filled out another one 3-8-17 but didn't get a response.

I mailed a letter to U.S. court to explain what's going on here. I sent it out hand mail which M.D.O.C. Policy to let hand mail go to Courts without Postage. It's also Federal Law. Gibson sent my mail back with Postage due wrote on the front. That's denying acess to the Courts. There is no Indigent stamps or Programs. no visits, Phone calls, M.D.O.C. wont let mail travel "Frank" which is a federal law. Jan. and Feb. Gibson denied me assistance I haven't talked to my family or sent out my litigation because of I.Lap. M.D.O.C. Margaret Gibson. Ive been cut off from Society, from the medien there is no t.v. or news paper or nothing here. I have memo and mail as evidence/Proof.

Continuation of Question 9

Statement of Claim against Legal Claim Adjudicater Richard Pennington is Crimen Falsi: Perjury, Obstructing Justice, Forgery, Conspiracy to Commit Fraud: because on 2-2-17 I filed an A.R.P. on cruel and unusal Punishment, Conditions of Confinement, and on or 2-28-17 I received my A.R.P. Back Stating it has been rejected to many complaints which is untrue. This is a 8th Amend. Constitutional Violation which is one Complaint, and Pennington falsified that to Keep me out of Court and to Side with the Staff in which I was told by ILAP Gibson, A.R.P.'s and Legal work go out between her and the Adjudicater. Pennington Put on Some one else A.R.P. of Cruel and unusal Punishment conditions of Confinement That transfer cant go with Conditions which Everything about Incarceration is a Condition of Confinement. I have a right to file a grievance and challenge it in the Court of Law, But Pennington Denied that right when he falsified the letter and redecting my A.R.P. Ive filed two other A.R.P.'s that I have not heard from, I Put in the A.R.P. Box Approx. Feb 10, 2017 and March 6 2017, one was against ILAP Margaret Gibson, and Chaplin Dept. for denying me assistance with my Religon which I am a Rastafarian, and Ive been trying to get indigent Supplies and the Chaplin fail to answer. So I filed an A.R.P. and Adjudicater Refuses to Answer.

Continuation of Question 9

My file Is Constantly being falsified. I've been denied Pre Release, my Drivers Liscense, Social Security Card, Birth Certificate, I dont even have a case Plan. Also I'm Constantly being denied documents out my file. Feb. 2017, I wrote the Justice Dept. and the U.S. District Court requesting a Investigator to see what M.D.O.C. official falsifying my file and the N.C.I.C. all types of names is Popping up on the N.C.I.C. all of a Sudden because of my litigation. I've not Heard from nothing. I filed Litigation to Attorney General In which I haven't Heard from because I L.A.P. Margaret Gibson is not Sending out my litigation, in June I have Copies of Every thing I filed. I've been throwing up my food the last three weeks. The Dr. wont See me. The nurses Say they Can't do nothing. The Dr. have to but he never Answer my Sick Calls. My chest was hurting 4-10-17 I went to the Unit 42 but was not treated and did not see the doctor. I arrived at M/S/P 12-26-16 weighing 190 I lost weight. 7 Pounds by End of Jan. I got weighed April 10, 2017 and weighed 178, I got weighed 4-21-17 and weighed 169. Every time I Eat I'm throwing my food up. I need some medical Attention. Dental refuses to Pull my teeth or clean or fill them. Dr. Coleman refuses my dental Care, and refuses to refer me to Some one that can diagnose my Pain. Every time I Chew my teeth hurt. Every Since Dec. 2016. Since Feb. no one will answer my Dental request. I'm also Denied Shampoo. My Shoulder has been broken I have limited range of motion, I have my medical file. I'm denied pre release, and was Put in a building for field operation when M.D.O.C. know my Condition. Pre release gets Paid for working and field opt. dont which is Favortism. If one Inmate gets Paid, Every one Suppose to get Paid. The officers lets Inmates Picks who they want to go to Prerelease.

B. M

Continuation of Question 9

Statement of Claim against Chaplin - fnu Bailey is Discrimination against my Religon, and Denying me Indigent supplies.

On 12-26-16 I arrived at M/S/P. On or about 1-7-17 I wrote the Chaplin to Receive Indigent Supplies, such as deoderant, Soap, Stamps, and I asked for assistance for Rastafarian Religon, I never heard from the Chaplin. I've wrote once a month Jan., Feb, Mar., and April asking assistance with my Religon, and Indigent Supplies But He never answers. An Inmate go around for the chaplin in which I request supplies and Rastafarian material. but the Inmate don't have access to this so he told the Chaplin I want to see him but I was told The Chaplin Said he don't want to talk to no Rastafarian and there aint no Indigent Supplies, So I can stop writing him. I also wrote the Chaplin about assisting me with getting a divorce but I didn't receive an answer about that Either. I filed an A.R.P. about these problems Feb. march, and April but never got an answer.

M.J. Santos
P.O. Box 10 Parchman, MS 38738

Continuation of Question 9

Statement of Claim: Against Dr. J. Santos is Deliberent Indifferent to a serious medical need. I arrived At M/S/P 12-26-16 with medical Issues, I filled out a Sick call to see the Dr. But I always end up seeing a nurse who says I can't get medicated Shampoo, a Snack bag, I'm constantly throwing up my food and having chest pains. I entered M/S/P weighting 190 Pounds, I fill out Sick calls to see the Dr. Because the nurses say I got to go through the Dr. to get shampoo, etc. I'm constantly being charged for seeing a nurse when I'm not getting results. I had chest pains April 10, 2017 I went to unit 42 I saw a nurse. who did a E.K.G. and X-rays, and I was sent back to unit 29 I. I never saw the dr. or got any Help, Because the nurses always say the Dr. Said dont do this or dont give out snack Bags, I'm throwing up my food and no one have saw me for that. One nurse said all Inmates throwing up their food, so the Dr. aint seeing no one. Every meal I'm throwing up my food. I lost 10 Pounds in one week. And the dr. Still wont see me. I filled out about bad dandruff, dry and Itchey Scalp, I'm constantly Having chest Pains my left arm has been numb like it's going to sleep, And I havent saw the dr. yet. Only nurses who say they can't treat me cause what another Inmate done. And I'm constantly Requesting the Dr. I'm constantly seeing a nurse who cant prescribe nothing or check me cause they said the Dr. told them what to say. Dr. J. Santos is having me see unqualified Personnel. that cant treat me. I'm being denied adequate medical care.

Continuation of Question 9

Statement of Claim: against Jerwoski Mallet (Records Dept) is obstructing Justice, falsifying documents Crimen Falsi, falsifying my offender Track, and the N.C.I.C. Also He conspired with P.O. Tony Warren's Report and Mallet falsifying my Records causing wrongful imprisonment.

(A.) Jerwaski mallet is Responsible for Records that involves sentences and Release. If M.D.O.C.'s Records were accuarted, and if mallet was keeping accuarte Records It would show I was arrested in Sunflower county 12-26-02 for arm robbery. Released on bond 3-1-03 arrested 7-20-03 Washington county. Took a plea for 12 yrs. 8 to serve 4 post-release supervision. I was sentence to 10 yrs. to serve ran concurrent with sentence from Washington County, I served from 7-20-03 to 7-20-2011 day for day which is eight yrs. and served 7-20-2011 to 11-17-2011 getting 30 for 30 which is 8 months and total 8 yrs. 8 months and Released on ERS. I was violated Sept 2015 which is 3 yrs 10 months of me on post release and totaling my time 12 yrs. 6 months. I only had a sentece of 12 yrs. from 7-20-2003 to March 20, 2003 is 12 yrs. due to the 4 months of 30 for 30 I received. I came back Sept. 9, 2015 to Dec. 23 2015 getting 30 for 30 which 6 months totaling my time 13 yrs. I told case manager of this in green county but given a golden seal with attached paper stating report to P.O. Jeffery Chillis in Greenville ms. So I did and about 3 weeks P.O. Tony Warren muscled his way back on the case after he and Chillis threaten to violated me. Aug. 18. 2016 8 months later totaling my time to 13 yrs. 8 months and paying fees. Tony warren conspire with Bennie milton, Eddie Bounds, and forged two Illegal warrants 1 fake Affidavit, He Had Eddie Bounds to serve me Illegal Affidavit, and warrants and have me moved to greenville and lie like greenville arrested me. Eddie Bounds and Sherrif Haywood lie like I was never in the Jail, Bennie Milton lie like she never arrested me but I have copies of fake report I never went to court for. But was sent back to Prison

Continuation of Question 9

11-16-16. I was in Sunflower Co. Jail 8-18-16 to 9-22-16 and was sent to washington Co. Jail 9-22-16 went to Illegal Revocation Hearing 10-10-16 was sentenced to a year mandatory for Illegal violation I never went to court for. And my sentence had already expired. However Ashley Hinds did that. my Original Judge was Richard Smith. I was sent to C.M.C.F. 11-11-16. But from 8-18-16 9-22-17 Shceulded release is 1 yr. 1 month totaling time 14 yrs. and 9 months. which is 2 yrs. 9 months of dead time.

1 b.) malletts Record matches tony warrens showing I was violated on Ers. 9-13- 2012 and violated Ers. again 9-13-2015.

(C). It dont show I violate Ers. 9-13-2012 and was released and was violated again 9-13-2015. I have to be released again After 9-13-2012 In order to be violated again in 2015. mallettes records shows Two violations which is illegal and regardless of that 12 yrs. had been expired. Malletts records are falsified Just like warrens. Case manager Ross, Coleman in C.M.C.F. Refused to help me but the falsified Records putting me in C-custody for fake write ups, fake charges, and fake time they denied my release and conspired. In MSP Case manager P.N.U. franklin and Moria Thompson and fun Carter added on to Conspiracy and forge and straighten documents. A.R.P. and I Lap all kept, this matter contained where I cant mail legal work, go home, etc.

Ive wrote mallette about this, done A.R.P., told case managers but mallete done nothing, case managers Coleman and Ross at C.M.C.F., franklin and Thompson, and Carter done nothing but help the cover up. Ive been denied copies out my file, access to the courts. I told case manager Hill when I got to 29 E building and she seen the mistakes, made copies and E mailed mallet about my release, and that Ive done too much time. Im two yrs. and 9 months over my sentence of 12 yrs. I have all Exhibits to prove case of forgery, Conspiracy, and Crimen falsi. Hill E-mailed mallet 4-27-17, 18. and faxed him the Documents as proof.

Continuation of question 9

Statement of Claim: against Dr. f.n.u. Kumar is Malpractice medical, negligence, and Deliberent Indifferent to a serious medical need, because on or around 12-5-16 Dr. Kumar Prescribed me Risperidone 2mg x1 In which make me go into deep sleeps and have Horrible nightmares where other Inmates have to wake me up, also it have my chest leaking white substances. I wrote Dr. Kumar about it he never answered. Every Time I file Sick Calls about it I never hear/or got seen. I filed an A.R.P. About it, It never gets answered. Nurse Vickie Thomas Constantly Bring it to me, and have other nurses bring it to me also. Dr. Kumar Prescribed me this Risperidone in C.M.C.F. In one visit I told Dr. Kumar about the side Effects He told me to Keep taking them.

Dr. f.n.u Kumar
C.M.C.F 3794 Hwy 468
P.O. Box 88550 Pearl, MS 39208

Continuation Of Question 9

Statement Of Claim: against Nurse Vickie Thomas is malpractice medical, negligence, and Deliberent Indifferent to a Serious medical need, because nurse Thomas has been giving me The Risperidone 2mg x1 Since Dec. 2016. Nurse Thomas is the Director of Nurses and she gave all others nurses assignments to give me Risperidone. I've told nurse Thomas on many times. The meds have me in deep sleeps and night mares and other people have to wake me up. Also I told her It make my chest leaks white substances. Nurse Thomas keep telling me to take it. When I filed a grievance about this it didn't get answered but nurse Thomas came and told me There aint no record of her giving me nothing, or I get Risperidone. But it's in my system. She told me this about 4-29-17. Also I have the packs The meds come in. I set to my family so m/s/p Staff wont take it from me. This is proof of falsifying my file. Also I've Been vomiting my food up 2 or three weeks. I'm denied a the Dr. I've lost 30 pounds I'm denied a Snack Bag, and the right to see the Dr. to see what's wrong with me.

Nurse Vickie Thomas
P.O. Box 490 nurse at unit 42
Parchman, MS 38738

Exhibit H

STATE OF MISSISSIPPI

Sunflower County MDOC # R2154

WARRANT FOR ARREST ON VIOLATION OF POST RELEASE SUPERVISION

To any probation officer of the Mississippi Department of Corrections; or any other officer authorized to serve criminal process in this state, Greetings

To: Any Law Enforcement Officer

I, Tony Warren
Hereby state and declare that CEDRIC DIXON was convicted by the Circuit Court of the 4th Judicial District thereof for the crime of: Robbery

And was sentenced to serve a term of 10 year(s) in the Mississippi Department of Corrections, but the Circuit Court placed the said CEDRIC DIXON on probation for a period of year(s) under the supervision of the Department of Corrections, said case number _____, entered and recorded in the Circuit Court of said county in the above styled and numbered cause, dated the 24th day of April, 2003.
I, the undersigned Tony Warren further state and charge said CEDRIC DIXON has violated the terms of said order of probation in the following particulars, to-wit:

Failure to pay monthly supervision fees as directed, in the arrears $385.00.
Failure to pay the Circuit Clerk's Office monthly as directed, in the arrears $5,564.00 no payment.
Failure to remain crime free and advise his supervisiong Officer of his contact & arrest by Law Enforcement Officers.
Offender was arrested by Law Enforcement on July 23, 2016 and charged with the misdeamener charges of Failure to comply with the request of Law Enforcement Officers and arrested again on August 18, 2016, on a warrant for the Domestic Violence with Injuries.

Present status and address:

---

Therefore, I hereby deputize you to arrest the said CEDRIC DIXON under the authority of Mississippi Code 1972, Annotated, Section 47-7-37, and remand the said CEDRIC DIXON to jail, pending disposition of said charge of violation of probation by the Circuit Court or the Judge thereof having jurisdiction hereof.

Witness my hand this the 24 day of August, 2016

Tony Warren
Field Officer

Cc: Deputy Commissioner of
Community Corrections
Field Officer

IN THE CIRCUIT COURT OF SUNFLOWER COUNTY, MISSISSIPPI

Exhibit B

STATE OF MISSISSIPPI
VS.
CEDRIC DIXON

NO. 2003-0011-K

ORDER

This day in open court came the District Attorney who prosecutes for the State of Mississippi; the defendant, Cedric Dixon, in his/her own proper person, and by his/her attorney Mickey Mallette, said defendant having been heretofore arraigned upon indictment lawfully returned by the Grand Jury of this county, charging him/her with Armed Robbery and having pled not guilty thereto, now with leave of the Court withdraws his/her plea of not guilty and enters a plea of guilty to Robbery.

Whereupon, the defendant Cedric Dixon was brought to the Bar of the Court and given all rights to which he/she is entitled including, but not limited to, the right of a trial by jury, the right not to incriminate him/herself, the right to confront witnesses in this case against him/her, and the right to compulsory process to establish any defense that he/she may have in this case. Defendant indicated that he/she understood and waived his/her rights.

IT IS, THEREFORE, ORDERED that for said charge and on said plea of guilty Cedric Dixon is hereby sentenced per plea bargain agreement to ten (10) years in the custody of the Mississippi Department of Corrections. This sentence is concurrent to the sentence now serving for armed robbery from Washington County, Mississippi.

IT IS FURTHER ORDERED that the defendant pay $610.00 court costs, $1,000.00 bond fee, and a $3,000.00 fine. Payments to begin within six (6) months of release. Drug and alcohol to be determined by MDOC. The defendant is remanded to the custody of the Sunflower County Sheriff's Department to await transportation.

SO ORDERED, this the 24th day of June, 2004.

FILED
JUL 02 2004
SHARON McFADDEN
CIRCUIT CLERK
By ______ D.C.

MB 122
PG 513

Betty W Sanders
CIRCUIT JUDGE

MDOC

2

08/24/2016 WED 10:48 FAX 002

Exhibit C

false Document

# DEPARTMENT OF CORRECTIONS

# Affidavit

MDOC R2154

## VIOLATION OF POST RELEASE SUPERVISION

Cause Number 2003-312

Before me Ashley Hines, Judge of the Circuit Court in and for Washington County, Mississippi, personally came Tony Warren (Field Officer) who, being first duly sworn, says that CEDRIC DIXON (Probationer) hereinafter referred to as the aforesaid, was on the 14th day of May A. D. 2004, convicted of the offense of Armed Robbery in the Circuit Court of Washington County, which Court sentenced him to serve 12 years in the custody of the Department of Corrections and suspended 4 years and placed the aforesaid on post release supervision for a term of 4 years, in accordance with the provisions of Mississippi Code 1972, Annotated, Section 47-7-34.

It further appearing that the aforesaid has not properly conducted h im self, but has violated the conditions of his post release supervision in a material respect by:

Failure to pay monthly supervision fees as directed, in the arrears $385.00.
Failure to pay the Washington County Circuit Clerk's Office monthly as directed, in the arrears $5,564.00 no payment.
Failure to remain crime free and advise his supervisiong Officer of his contact & arrest by Law Enforcement Officers.
Offender was arrested by Law Enforcement on July 23, 2016 and charged with the misdeamener charges of Failure to comply with the request of Law Enforcement Officers and arrested again on August 18, 2016, on a Warrant for the Domestic Violence with Injuries.

(Field Officer)

Sworn to and subscribed before me this 24th day of August A. D. 2016

Judge of the Circuit Court
in and for Washington County

CC: Circuit Clerk (original)
Deputy Commissioner of Community Services
Field Officer

Received & Filed

SEP 01 2016

Barbara Esters-Parker
By: D.C.

3

08/24/2016 WED 10:48 FAX

003

DOB: 12/31/1978

SOC# 12/31/1978

RACE Black

SEX Male

Exhibit B

false Document

MDOC R2154

# Warrant

CAUSE NUMBER 2003-312

In the Name of the State of Mississippi, and Peace Officer of the State of Mississippi:

WHEREAS, Tony Warren has this day made oath before Hon. Ashley Hines that on the 14th day of May A. D. 2004, one CEDRIC DIXON hereinafter referred to as the aforesaid, was convicted of the offense of Armed Robbery in the Circuit Court of Washington County, which Court sentenced him to serve 12 years in the custody of the Department of Corrections and suspended 4 years of said sentence and placed the aforesaid on post release supervision for a term of 4 years, in accordance with the provisions Of Mississippi Code 1972, Annotated, Sections 47-7-33 & 47-7-36 & 47-7-34.

It further appearing that the aforesaid has not properly conducted him self, but has violated the conditions of his post release supervision in a material respect by:

Failure to pay monthly supervision fees as directed, in the arrears $385.00.
Failure to pay the Washington County Circuit Clerk's Office monthly as directed, in the arrears $5,564.00 no payment.
Failure to remain crime free and advise his supervisiong Officer of his contact & arrest by Law Enforcement Officers.
Offender was arrested by Law Enforcement on July 23, 2016 and charged with the misdeamenor charges of Failure to comply with the request of Law Enforcement Officers and arrested again on August 18, 2016, on a warrant for the Domestic Violence with Injuries.

Received & Filed

SEP 01 2016

Barbara Esters Parker

By: [signature] D.C.

You are hereby authorized to arrest instanter the aforesaid CEDRIC DIXON, and bring him before me to be dealt with according to law.

Given under my hand and seal this 31st day of August A.D. 2016

[signature]

Judge of the Circuit Court

In and for Washington County

cc: Circuit Clerk (Original)
Deputy Commissioner of Community Services
Field Officer

4

BOOK 280 PAGE 1010

Exhibit H

IT IS, THEREFORE ORDERED AND ADJUDGED that the post-release supervision of the Defendant be and it is hereby revoked in accordance with Section 47-7-37 of the Mississippi Code of 1972, Annotated, and said Defendant is hereby remanded into the custody of the Sheriff to await transportation to an institution under the supervision and control of the Mississippi Department of Corrections to serve one (X) year(s).

THE SENTENCE IMPOSED IN THIS CAUSE SHALL RUN CONSECUTIVE TO ANY AND ALL SENTENCES PREVIOUSLY IMPOSED.

Received & Filed

OCT 10 2016

Barbara Esters-Parker

By: P. Davidson D.C.

While in the Institution of MDOC this Offender shall attend the Long Term Therapeutic Alcohol & Drug Treatment Program. It's further ordered that this offender receive some Anger Management while in the Institution of MDOC.

ORDERED AND ADJUDGED this 10th day of October, 2016

[signature]
JUDGE OF THE CIRCUIT COURT

Exhibit F

# Mississippi Department of Corrections

## Inmate Time Sheet

**Offender:** DIXON, CEDRIC R2154

**Housing:** MSP, UNIT 29, BLD I, ZONE A, BED 0070

**Computation Date:** 03/02/2017 16:08

**Date Printed:** 03/02/2017 16:09

### Sentences:

| Date | Cause/Count | Offense | Committed | County | Serve | House | Probation | Hab | Deferred | Override | Concurrent | Consecutive |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/16 | 2003-312/1 | 1288:ARMED ROBBERY | 07/20/03 | Washington | 1Y | | | N | | | | |

☐ First Time Offender ☑ Court Ordered Anger Management, Court Ordered A & D Therapeutic - Ordered to Attend

### Pre Trial/Pre Sentence Jail Time:

| From | To | Days |
|---|---|---|
| 09/22/16 | 10/10/16 | 18 |

Total Jail Time: 18 Override:

### Computation Details:

| Date | Description |
|---|---|
| 10/10/16 | 2003-312/1 1288:ARMED ROBBERY 1Y |

### Summary:

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 09/22/2016 | | | | 09/22/2017 | 09/22/2017 | |

Total Term To Serve: 1Y Total Earned Time: 0D Earned Time Lost: 0D Total MET Earned: 0D Total Trusty Time Earned: 0D

### Comments:

Exhibit E7

# Mississippi Department of Corrections

## Inmate Time Sheet

**Offender:** DIXON, CEDRIC R2154

**Housing:** CMCF, CMCF R&C, ZONE B, BED 030B

**Computation Date:** 10/18/2016 08:23

**Date Printed:** 12/22/2016 12:22

### Sentences:

| Date | Cause/Count | Offense | Committed | County | Serve | House | Probation | Hab | Deferred | Override | Concurrent | Consecutive |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/16 | 2003-312/1 | 1288:ARMED ROBBERY | 07/20/03 | Washington | 1Y | | | N | | | | |

☐ First Time Offender

### Pre Trial/Pre Sentence Jail Time:

| From | To | Days |
|---|---|---|

Total Jail Time: 0 Override:

### Computation Details:

| Date | Description |
|---|---|
| 10/10/16 | 2003-312/1 1288:ARMED ROBBERY 1Y |

### Summary:

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 10/10/2016 | | | | 10/10/2017 | 10/10/2017 | |

Total Term To Serve: 1Y Total Earned Time: 0D Earned Time Lost: 0D Total MET Earned: 0D Total Trusty Time Earned: 0D

### Comments:

Exhibit E

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, MISSISSIPPI

RECEIVED AND FILED

MAY 17 2004

JANICE C. BROWN
CIRCUIT CLERK
BOX 1276, GREENVILLE, MS
BY ______ D.C.

STATE OF MISSISSIPPI

VS. CAUSE NO. 2003-312

CEDRIC DIXON

202-375-377

SENTENCING ORDER

CAME NOW on this the 10th day of May, 2004, the District Attorney, who prosecutes for the State, and the Defendant, Cedric Dixon, in his/her own proper person and by his/her attorney, Hon. W. Mounger, who having been heretofore arraigned at a regular term of this Court on indictment and having pled Not Guilty thereto and now, with leave of this Court withdraws his/her plea of Not Guilty and enters a plea of Guilty to **Armed Robbery**,

Whereupon the Defendant was brought to the Bar of this Court and given all rights to which he/she is entitled including, but not limited to, the right of a trial by jury, the right not to incriminate himself/herself, the right to confront the witnesses in this case against him/her, and the right to compulsory process to establish any defense that he/she may have in this case. Defendant indicated that he/she understood and waived his/her rights, and entered his plea of guilty to the aforesaid charges;

And the Court having accepted said plea as freely and voluntarily given;

**IT IS, THEREFORE, ORDERED**, that for the crime of Armed Robbery, of which he/she, the said **Cedric Dixon**, stands convicted, that he/she be sentenced to a term of **Twelve (12) years in the**

copy DA, Whit Mounger, WCSO, MDOC, GPD, PO, Ccz
05-20-04 5

**custody of the Mississippi Department of Corrections, to be served as follows: Eight (8) years to serve, execution of following four (4) years suspended, four (4) years on Post Release Supervision, a fine of Five Thousand Dollard ($5000.00), all court costs and state assessments, and $300.00 attorney fees.**

**Defendant shall pay Fifty dollars ($50.00) per month by the first Monday of the third month following his release from incarceration. Should Defendant fall more than 60 days delinquent, he/she shall be sent to the Restitution Center.**

The Court further imposes terms and conditions of supervised probation that the Defendant/Offender shall:

a. Commit no offense against the laws of this or another state of the United States, or of the United States;

b. Avoid injurious or vicious habits;

c. Avoid persons or places of disreputable or harmful character;

d. Report to the probation and parole officer as directed;

e. Permit the probation and parole officer to visit him/her at home or elsewhere;

f. Work faithfully at suitable employment so far as possible;

g. Remain within a specified area;

h. Pay his/her fine/costs/assessments in one or several sums;

i. Support his dependents;

j. Submit, as provided in Section 47-5-601, to any type of breath, saliva, or urine chemical analysis test, the purpose of

which is to detect the possible presence of alcohol or a substance prohibited or controlled by any law of the State of Mississippi or the United States;

K. Not own or carry with him/her any weapons;

l.Pay to the Mississippi Department of Corrections such monthly reporting fees as authorized by the laws of the State of Mississippi.

NOTICE REQUIREMENTS:

A. By the Court: Pursuant to Section 99-19-43 M.C.A. notice shall be given to the warden of the penitentiary that such defendant is confine in the Washington County Jail; that the defendant is/is not a dangerous criminal and more than ordinary precautions are/are not necessary in guarding said defendant.

B. By the Circuit Clerk: Pursuant to Section 99-19-45 M.C.A. the Circuit Clerk shall furnish the Mississippi Department of Corrections within five (5) days after adjournment of Court, a commitment paper showing the name of the person convicted, the crime, the term of the sentence, date of sentence, sex, race, and a brief history of the crime committed.

SO ORDERED AND ADJUDGED, this the 14th day of May, 2004

RECEIVED AND FILED

MAY 17 2004

JANICE C. BROWN
CIRCUIT CLERK
BOX 1276, GREENVILLE, MS
BY______________ D. C.

Richard A. Smith
Circuit Judge

SB

Cedric Dixon #R2154
unit 29 F B-Zone 83
P.O. Box 490
Parchman, MS 38738

JACKSON
MS 390
10 JUN '17
PM 3 L

U.S. POSTAGE PITNEY BOWES
ZIP 38738 $ 000.46⁰
02 1W
0001376701 JUN 10 2017

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 10
PARCHMAN, MS 38738

RECEIVED
JUN 12 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

U.S. District Court
Northan District of miss
301 w. commerce st, #13
ABerdeen, MS 39703

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MISSISSIPPI 38738

THE ENCLOSED LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER ENCLOSES ANY MATERIAL NOT PERTAINING TO LEGAL BUSINESS, OR ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

39730-252001

Cedric Dixon # R2154
Unit 29 F B-Zone Bed 83
P.O. Box 490
Parchman, MS 38738

JACKSON
MS 390
17 JUN '17
PM 1 L

U.S. POSTAGE PITNEY BOWES
ZIP 38738 $ 000.67⁰
02 1W
0001376701 JUN 17 2017

MISSISSIPPI STATE PENITENTIARY
INMATE LEGAL ASSISTANCE PROGRAM
POST OFFICE BOX 10
PARCHMAN, MS 38738

RECEIVED

JUN 19 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

STATE POSTAGE PAID
INMATE LEGAL MAIL
MISSISSIPPI STATE PENITENTIARY
PARCHMAN, MISSISSIPPI 38738
THE ENCLOSED LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER ENCLOSES ANY MATERIAL NOT PERTAINING TO LEGAL BUSINESS, OR ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

United States District Court
Northern District of miss
301 W. Commerce st. #13
ABerdeen, MS 39730